# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHARLES J. YOUNGBERG**                                                                         **PLAINTIFF**

**v.**                      **Case No. 4:20-cv-00876-LPR**

**DAVID MCGILTON,** *et al.*                                                            **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on October 27, 2021, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 6th day of December 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE